UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. CHARKHOSHVILI, ET AL.*

CASE NO.: 16-CR-333 (TJM)
DATE: January 2, 2019
PRESIDING JUDGE: Hon. Thomas J. McAvoy

☒ GOVERNMENT ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID (Court Use Only) | DATE ADMITTED IN EVIDENCE (Court Use Only) | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Map of area where defendants picked up alien |
| 2 | | | | Photo of car |
| 3 | | | | Photo of backpack in car |
| 4 | | | | Photo of Charkhoshvili at station |
| 5 | | | | Photo of Charkhoshvili's shoes at station |
| 6 | | | | Photo of Sulakauri at station |
| 7 | | | | Photo of Sulakauri's shoes at station |
| 8 | | | | Photo of cellphone in front seat of car |
| 9 | | | | Mail addressed to Shatirishvili seized from Kinkladze's bag |
| 10 | | | | Cellphone extraction report from Shatirishvili's phone |
| 11 | | | | Video from Shatirishvili's phone |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

### *UNITED STATES OF AMERICA v. CHARKHOSHVILI, ET AL.*

CASE NO.: 16-CR-333 (TJM)

DATE: January 2, 2019

PRESIDING JUDGE: Hon. Thomas J. McAvoy

☒ GOVERNMENT     ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID (Court Use Only) | DATE ADMITTED IN EVIDENCE (Court Use Only) | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 12 | | | | Photo of Kinkladze and Shatirishvili |
| 13 | | | | Photo of Shatirishvili's documents from Kinkladze's phone |
| 14 | | | | Copy of Kinkladze's Georgian passport |
| 15 | | | | Copy of petition for alien relative re: Kinkladze |