# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

### *UNITED STATES OF AMERICA v. CHARKHOSHVILI, ET AL.*

CASE NO.: 16-CR-333 (TJM)

DATE: January 7, 2019

PRESIDING JUDGE: Hon. Thomas J. McAvoy

☒ GOVERNMENT   ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID (Court Use Only) | DATE ADMITTED IN EVIDENCE (Court Use Only) | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Map of area where defendants picked up alien |
| 2 | | | | Photo of car |
| 3 | | | | Photo of backpack in car |
| 4 | | | | RCMP photo 11:20 p.m. |
| 5 | | | | RCMP photo 11:53 p.m. |
| 6 | | | | Photo of Shatirishvili's cellphone on front seat of car |
| 7 | | | | Shatirishvili's cellphone |
| 8 | | | | Photo of burdocks in car |
| 9 | | | | Photo of content of trunk |
| 10 | | | | Photo of Charkhoshvili at station |
| 11A | | | | Photo of Charkhoshvili's shoes (top) |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. CHARKHOSHVILI, ET AL.*

CASE NO.: 16-CR-333 (TJM)

DATE: January 7, 2019

PRESIDING JUDGE: Hon. Thomas J. McAvoy

☒ GOVERNMENT   ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID (Court Use Only) | DATE ADMITTED IN EVIDENCE (Court Use Only) | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 11B | | | | Photo of Charkhoshvili's shoes (bottom) |
| 12 | | | | Photo of Sulakauri |
| 12A | | | | Photo of Sulakauri's shoes (top) |
| 12B | | | | Photo of Sulakauri's shoes (bottom) |
| 12C | | | | Photo of Sulakauri's shoes (back) |
| 12D | | | | Photo of Sulakauri's (back, close up) |
| 13 | | | | Photo of Kinkladze |
| 13A | | | | Photo of Kinkladze's shoes (top) |
| 13B | | | | Photo of Kinkladze's shoes (bottom) |
| 13C | | | | Photo of burdocks on Kinkladze |
| 14 | | | | Photo of backpack with burdocks on it |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

### *UNITED STATES OF AMERICA v. CHARKHOSHVILI, ET AL.*

CASE NO.: 16-CR-333 (TJM)

DATE: January 7, 2019

PRESIDING JUDGE: Hon. Thomas J. McAvoy

☒ GOVERNMENT ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID (Court Use Only) | DATE ADMITTED IN EVIDENCE (Court Use Only) | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 15 | | | | Kinkladze's cellphone |
| 16A | | | | Mail addressed to Shatirishvili located in Kinkladze's purse |
| 16B | | | | Credit card in Shatirishvili's name located in Kinkladze's purse |
| 16C | | | | Credit card in Shatirishvili's name located in Kinkladze's purse |
| 16D | | | | Travel insurance card in Shatirishvili's name located in Kinkladze's purse |
| 16E | | | | Credit card in Kinkladze's name located in her purse |
| 16F | | | | Credit card in Kinkladze's name located in her purse |
| 16G | | | | Credit card in Kinkladze's name located in her purse |
| 17 | | | | Kinkladze's travel documents (flight itinerary) |
| 18 | | | | Chain of custody stipulation re: Shatirishvili's cellphone (GE 8) and Kinkladze's cellphone (GE 15) |
| 19A | | | | Report of extraction—Shatirishvili's cellphone (conversations with Kinkladze) |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. CHARKHOSHVILI, ET AL.*

CASE NO.: 16-CR-333 (TJM)

DATE: January 7, 2019

PRESIDING JUDGE: Hon. Thomas J. McAvoy

☒ GOVERNMENT   ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID (Court Use Only) | DATE ADMITTED IN EVIDENCE (Court Use Only) | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 19B | | | | Report of extraction—Shatirishvili's cellphone (8/17/16 text message) |
| 19C | | | | Report of extraction—Shatirishvili's cellphone call log |
| 19D | | | | Disc containing video from Shatirishvili's cellphone |
| 20A | | | | Report of extraction—Kinkladze's cellphone device information |
| 20B | | | | Report of extraction—Kinkladze's cellphone tagged photos |
| 20C | | | | Report of extraction—Kinkladze's cellphone call log |
| 21 | | | | Photo of Kinkladze and Shatirishvili (5003_6 jpg) |
| 22 | | | | Photo of Shatirishvili's social security card and mail (5003_19 jpg) |
| 23 | | | | Photo of Shatirishvili and Kinkladze (5000_37 jpg) |