UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. CHARKHOSHVILI, ET AL.*

CASE NO.: 16-CR-333 (TJM)
DATE: January 9, 2019
PRESIDING JUDGE: Hon. Thomas J. McAvoy

☒ GOVERNMENT   ☐ DEFENDANT



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 1 8 2019
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

| EXHIBIT NUMBER | DATE MARKED FOR ID (Court Use Only) | DATE ADMITTED IN EVIDENCE (Court Use Only) | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 1 | 1/15/2019 | 1/15/2019 | Almaguer | Map of area where defendants picked up alien |
| 2 | 1/15/2019 | 1/15/2019 | Almaguer | Photo of car |
| 3 | 1/15/2019 | 1/15/2019 | Almaguer | Photo of backpack in car |
| 4 | 1/15/2019 | 1/15/2019 | Effords | RCMP photo 11:20 p.m. |
| 5 | 1/15/2019 | 1/15/2019 | Effords | RCMP photo 11:53 p.m. |
| 6 | 1/16/2019 | 1/16/2019 | De Feo | Photo of Shatirishvili's cellphone on front seat of car |
| 7 | 1/16/2019 | 1/16/2019 | De Feo | Shatirishvili's cellphone |
| 8 | 1/16/2019 | 1/16/2019 | De Feo | Photo of burdocks in car |
| 9 | 1/16/2019 | 1/16/2019 | De Feo | Photo of content of trunk |
| 10 | 1/16/2019 | 1/16/2019 | De Feo | Photo of Charkhoshvili at station |
| 11A | 1/16/2019 | 1/16/2019 | De Feo | Photo of Charkhoshvili's shoes (top) |

RETURNED TO U.S. ATTORNEY'S OFFICE ON 1/18/2019

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. CHARKHOSHVILI, ET AL.*

CASE NO.: 16-CR-333 (TJM)
DATE: January 9, 2019
PRESIDING JUDGE: Hon. Thomas J. McAvoy

☒ GOVERNMENT ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID (Court Use Only) | DATE ADMITTED IN EVIDENCE (Court Use Only) | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 11B | 1/16/2019 | 1/16/2019 | De Feo | Photo of Charkhoshvili's shoes (bottom) |
| 12 | 1/16/2019 | 1/16/2019 | De Feo | Photo of Sulakauri |
| 12A | 1/16/2019 | 1/16/2019 | De Feo | Photo of Sulakauri's shoes (top) |
| 12B | 1/16/2019 | 1/16/2019 | De Feo | Photo of Sulakauri's shoes (bottom) |
| 12C | 1/16/2019 | 1/16/2019 | De Feo | Photo of Sulakauri's shoes (back) |
| 12D | 1/16/2019 | 1/16/2019 | De Feo | Photo of Sulakauri's (back, close up) |
| 13 | 1/16/2019 | 1/16/2019 | De Feo | Photo of Kinkladze |
| 13A | 1/16/2019 | 1/16/2019 | De Feo | Photo of Kinkladze's shoes (top) |
| 13B | 1/16/2019 | 1/16/2019 | De Feo | Photo of Kinkladze's shoes (bottom) |
| 13C | 1/16/2019 | 1/16/2019 | De Feo | Photo of burdocks on Kinkladze |
| 14 | 1/16/2019 | 1/16/2019 | De Feo | Photo of backpack with burdocks on it |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

## UNITED STATES OF AMERICA v. CHARKHOSHVILI, ET AL.

CASE NO.: 16-CR-333 (TJM)

DATE: January 9, 2019

PRESIDING JUDGE: Hon. Thomas J. McAvoy

☒ GOVERNMENT  ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID (Court Use Only) | DATE ADMITTED IN EVIDENCE (Court Use Only) | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 14A | 1/16/2019 | 1/16/2019 | De Feo | Backpack |
| 15 | 1/16/2019 | 1/16/2019 | Dengler | Kinkladze's cellphone |
| 16A | 1/16/2019 | 1/16/2019 | Dengler | Mail addressed to Shatirishvili located in Kinkladze's purse |
| 16B | 1/16/2019 | 1/16/2019 | Dengler | Credit card in Shatirishvili's name located in Kinkladze's purse |
| 16C | 1/16/2019 | 1/16/2019 | Dengler | Credit card in Shatirishvili's name located in Kinkladze's purse |
| 16D | 1/16/2019 | 1/16/2019 | Dengler | Travel insurance card in Shatirishvili's name located in Kinkladze's purse |
| 16E | 1/16/2019 | 1/16/2019 | Dengler | Credit card in Kinkladze's name located in her purse |
| 16F | 1/16/2019 | 1/16/2019 | Dengler | Credit card in Kinkladze's name located in her purse |
| 16G | 1/16/2019 | 1/16/2019 | Dengler | Credit card in Kinkladze's name located in her purse |
| 16H | 1/16/2019 | 1/16/2019 | Dengler | Kinkladze's travel documents (flight itinerary) |
| 17A | | | Dengler | Sulakauri consent form |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. CHARKHOSHVILI, ET AL.*

CASE NO.: 16-CR-333 (TJM)
DATE: January 9, 2019
PRESIDING JUDGE: Hon. Thomas J. McAvoy

☒ GOVERNMENT ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID (Court Use Only) | DATE ADMITTED IN EVIDENCE (Court Use Only) | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 17B | | | Dengler | Sulakauri's cellphone |
| 18 | 1/16/2019 | 1/16/2019 | | Chain of custody stipulation re: Shatirishvili's cellphone (GE 7) and Kinkladze's cellphone (GE 15) |
| 19 | 1/16/2019 | | Wilson | Thumbdrive containing full extraction from Shatirishvili's cellphone |
| 19A | 1/16/2019 | 1/16/2019 | Wilson | Report of extraction—Shatirishvili's cellphone (User account "Mose Shatirishvili") |
| 19B | 1/16/2019 | 1/16/2019 | Wilson | Report of extraction—Shatirishvili's cellphone (conversations with Kinkladze) |
| 19C | 1/16/2019 | 1/16/2019 | Wilson | Report of extraction—Shatirishvili's (tagged items of interest) |
| 19D | 1/16/2019 | 1/16/2019 | Wilson | Disc containing video from Shatirishvili's cellphone (181547) |
| 19E | 1/16/2019 | 1/16/2019 | Wilson | Disc containing video from Shatirishvili's cellphone (181615) |
| 19F | 1/16/2019 | 1/16/2019 | Wilson | Disc containing video from Shatirishvili's cellphone (181636) |
| 19G | 1/16/2019 | 1/16/2019 | Wilson | Report of extraction—Shatirishvili's cellphone (call log) |
| 19H | 1/16/2019 | 1/16/2019 | Gegechkori | Translated conversations with Kinkladze from 19B |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. CHARKHOSHVILI, ET AL.*

CASE NO.: 16-CR-333 (TJM)
DATE: January 9, 2019
PRESIDING JUDGE: Hon. Thomas J. McAvoy

☒ GOVERNMENT  ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID (Court Use Only) | DATE ADMITTED IN EVIDENCE (Court Use Only) | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 20 | 1/16/2019 | | Wilson | Thumbdrive containing full extraction from Kinkladze's cellphone |
| 20A | 1/16/2019 | 1/16/2019 | Wilson | Report of extraction—Kinkladze's cellphone (Device Information) |
| 20B | 1/16/2019 | 1/16/2019 | Wilson | Report of extraction—Kinkladze's cellphone (images of interest) |
| 21 | 1/16/2019 | 1/16/2019 | Wilson | Photo of Kinkladze and Shatirishvili (5003_6 jpg) |
| 22 | 1/16/2019 | 1/16/2019 | Wilson | Photo of Shatirishvili's social security card and mail (5003_19 jpg) |
| 23 | 1/16/2019 | 1/16/2019 | Wilson | Photo of Shatirishvili and Kinkladze (5000_37 jpg) |
| 24 | 1/16/2019 | 1/16/2019 | De Feo | Photo of Shatirishvili |
| 25 | 1/16/2019 | 1/16/2019 | De Feo | Photo of Gvarliani |
| 26 | 1/16/2019 | 1/16/2019 | SMITH | USBP SWANTON SECTOR - ICAD III SENSOR HISTORY REPORT |